# EXHIBIT B

A51870

Doc ID: 2461455

# STATE OF LOUISIANA
## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 1FMCU9CZ6MUA51870 | K7193028 | 07/10/2021 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| FORD | ESC | 4D | SIL/ | 2021 | 06/11/2021 | 20 | N |

\* \* MAIL TO \* \*   1L

ELE FUNDING LLC

P O BOX 13267
BALTIMORE MD      21203

\* \* OWNER \* \*
GELCO FLEET TRUST

LEASED-TO
BAYER CORPORATION

940 RIDGEBROOK RD
SPARKS GLENCOE MD    21152

(LIEN)              DATE

                    07/10/2021    First Lien Released 10/4/21
ELE FUNDING LLC                   ELE Funding LLC
P O BOX 13267                     Lienholder
BALTIMORE MD      21203           By _____
                                  Authorized Representative

Second Lien Released _____ Date
_____ Lienholder
By _____ Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

Karen G. St. Germain

FORM    423       G    13

**ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.**

KEEP IN SAFE PLACE

DPSMV 1663 (R03/21)

Federal and State Law require that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.

***NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow. ASSIGNMENT MUST BE EXECUTED BY THE SELLER IN THE PRESENCE OF A NOTARY PUBLIC OR TWO (2) WITNESSES. IF EXECUTED IN THE PRESENCE OF TWO (2) WITNESSES, THE ACKNOWLEDGEMENT OF WITNESS MUST BE SIGNED BY ONE (1) OF THE WITNESSES IN THE PRESENCE OF A NOTARY PUBLIC.***

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (not valid unless completed in full). I/we warrant this title and certify that the vehicle described herein has been transferred on 10/14/21 for the sum of $ 215 to the following:

Name(s) - American Fleet Leasing   Address - 7111 Rose Ave. Oil. FL 3-2810

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING: 2,111   TENTHS: NO
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

SIGNATURE(S) of Buyer(s) X Hang W   of Seller(s) X [signature]   **GELCO FLEET TRUST**
PRINTED NAME(S) of Buyer(s) X HANG TRAN   of Seller(s) Whitney Dem

SIGNATURE of Witness X ___
PRINTED NAME of Witness ___
SIGNATURE of Witness X ___
PRINTED NAME of Witness ___

Sworn to and subscribed by seller before me this
Date 10/14/21   Notary No. ___
SIGNATURE of Notary Public X [signature]
PRINTED NAME of Notary Public ELIZABETH A. LEBLANC
10-17-2[?]   BALTIMORE COUNTY, MD

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ___
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed. DATE ___

SIGNATURE of Witness X ___   SIGNATURE of Notary Public X ___
PRINTED NAME of Witness ___   PRINTED NAME of Notary Public ___

**FIRST RE-ASSIGNMENT BY LICENSED DEALER**   DEALER'S LICENSE NO. VF 1061581

I/we warrant this title and certify that the vehicle described herein has been transferred to the following:
Name(s) Orieto Ford   Address ___

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING: 2152   TENTHS: NO   Date of Sale 3/2/22
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

SIGNATURE(S) of Buyer(s) X [signature]   of Seller(s) X Hang W
PRINTED NAME(S) of Buyer(s) MARIAH SANCHEZ   of Seller(s) HANG TRAN

Name of Dealership: **American Fleet Leasing LLC**

SIGNATURE of Witness X ___
PRINTED NAME of Witness ___
SIGNATURE of Witness X ___
PRINTED NAME of Witness ___

Sworn to and subscribed by seller before me this
Date 3-2-22
SIGNATURE of Notary Public X [signature] NOTARY GONZALEZ
PRINTED NAME of Notary Public - Expires February 19, 2025
Bonded Thru Notary Public Underwriters

MANHEIM ORLANDO VA10476G-13
FL 7650-338-74
877-0

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ___
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed. DATE ___

SIGNATURE of Witness X ___   SIGNATURE of Notary Public X ___
PRINTED NAME of Witness ___   PRINTED NAME of Notary Public ___

**SECOND RE-ASSIGNMENT BY LICENSED DEALER**   DEALER'S LICENSE NO. ___

I/we warrant this title and certify that the vehicle described herein has been transferred to the following:
Name(s)- ___   Address- ___

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING ___   TENTHS: NO   Date of Sale ___ / ___ / ___
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

SIGNATURE(S) of Buyer(s) X ___   of Seller(s) X ___
PRINTED NAME(S) of Buyer(s) X ___   of Seller(s) ___

Name of Dealership ___

SIGNATURE of Witness X ___
PRINTED NAME of Witness ___
SIGNATURE of Witness X ___
PRINTED NAME of Witness ___

Sworn to and subscribed by seller before me this
Date ___ Notary No. ___
SIGNATURE of Notary Public X ___
PRINTED NAME of Notary Public ___

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ___
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed. DATE ___

SIGNATURE of Witness X ___   SIGNATURE of Notary Public X ___
PRINTED NAME of Witness ___   PRINTED NAME of Notary Public ___

**THIS TITLE MUST BE SURRENDERED BY DISMANTLER TO THE OFFICE OF MOTOR VEHICLES WHEN VEHICLE IS JUNKED**