# EXHIBIT C

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

Customer # 25653
Deal # 36418
Stock # PF10937

**CHECK APPLICATION TYPE:** ☒ ORIGINAL ☐ TRANSFER  **VEHICLE TYPE:** ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  **OFF-HIGHWAY VEHICLE:** ☐ ATV ☐ ROV ☐ MC

## 1. OWNER / APPLICANT INFORMATION

Customer Number: 609079135
Check this box if you are requesting the certificate of title to be printed: ☐

Owner — Are you a Florida resident? ☒ yes ☐ no ; Are you an alien? ☐ yes ☒ no
Co-Owner — ☒ yes ☐ no ; ☐ yes ☒ no

Unit Number: 
Fleet Number: 

☒ OR ☐ AND — NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship
☒ Owner's County of Residence: BROWARD

Owner's Name As It Appears on Driver License: MAGIC CITY ENTERTAINMENT LLC
Owner's Email Address: 
Date of Birth: 
Sex: 
FL Driver License or FEID/Suffix #: /

Co-Owner/Lessee's Name: CARLOS NOEL MENDEZ
Co-Owner/Lessee's Email Address: 
Date of Birth: 10/13/1976
Sex: 
FL Driver License or FEID/Suffix #: M532114763730

Owner's Mailing Address: 7810 SW 8 CT   City: N LAUDERDALE   State: FL   Zip: 33068
Co-Owner's/Lessee's Mailing Address: 7810 SW 8 CT   City: N LAUDERDALE   State: FL   Zip: 33068
Owner's/Lessee's Physical Street Address in Florida: 7810 SW 8 CT   City: N LAUDERDALE   State: FL   Zip: 33068

Mobile Home Physical Address (if applicable) ☐ Check if in a mobile home rental park with 10 or more lots.

Mail To Customer Name (If different From Above Owner): 
Mail To Customer's Email Address: 
Date of Birth: 
Sex: 
FL Driver License or FEID/Suffix #: 
Mail To Customer Address: 

## 2. MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number: 1FMCU9CZ6MUA51870
Make/Manufacturer: FORD
Year: 2021
Body: UT
Color: SIL
Florida Title Number: 

Previous State of Issue: LA
License Plate or Vessel Registration Number: 39BGIJ
Weight: 3668
Length: Ft. In.
BHP/CC: 
GVW/LOC: 
VAN USE, IF APPLICABLE: ☐ PASSENGER ☐ OTHER

**TYPE:** ☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft ☐ Cabin Motorboat ☐ Pontoon ☐ Canoe ☐ Auxiliary Sailboat ☐ Airboat ☐ Other ☐ Inflatable ☐ Sailboat
**HULL MATERIAL:** ☐ Wood ☐ Aluminum ☐ Fiberglass ☐ Steel ☐ Wood/Fiberglass ☐ Other
**PROPULSION:** ☐ Outboard ☐ Sail ☐ Inboard ☐ Air Propelled ☐ Inboard/Outboard ☐ Other
**FUEL:** ☐ Gas ☐ Diesel ☐ Electric ☐ Other
*DRAFT OF VESSEL (The depth of water a vessel draws) FT. IN.

**USE OF VESSEL:** ☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge ☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other ☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

State of Principal Use: 
PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: 

Previously Federally Documented Vessel, Attach Copy of: ☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

## 3. BRANDS, USAGE AND TYPE (Check Applicable Boxes)

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☒ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ ILEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

## 4. LIENHOLDER INFORMATION

CHECK IF ELT CUSTOMER ☒
☐ FEID # ☐ DL # and Sex and Date of Birth ☒ DMV Account # 205558892
Date of Lien: 04/02/2022
Lienholder's Name: TD BANK NA
Lienholder's Email Address: 
Lienholder's Address: PO BOX 675   City: WILMINGTON   State: OH   Zip: 45177

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____ (Signature of Lienholder's Representative)
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.

## 5. TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) _____
DATE ACQUIRED: 04 / 02 / 2022

## 6. ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS  2 1 5 2 .XX (NO TENTHS) MILES, DATE READ 04 / 02 / 2022 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☒ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

## 7. DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 1680171176666 | 04/02/2022 | VF11166771 | 0.00 | *(signed)* |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2017 | PORS | 142847847 | WP1AA2A20HKA86728 |

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov

## 8. MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **1FMCU9CZ6MUA51870**

DATE: 04/02/2022
SIGNATURE: [signature]
PRINTED NAME: [illegible]
Law Enforcement Officer or Florida Dealer/Agency Name: GRIECO CHEVROLET OF FORT LAUDERDALE
Badge # or Florida Dealer #: VF11166771
Notary Stamp or Seal

FL DMV/Tax Collector Employee: _____
Florida Compliance Examiner/Inspector Badge or ID Number: _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ (Print, Type or Stamp)
NOTARY'S SIGNATURE: _____

## 9. SALES TAX EXEMPTION CERTIFICATION

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE
CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER: _____

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL
SALES TAX REGISTRATION NUMBER: _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☒ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☒ OTHER: (EXPLAIN) trade worth more then New purchase

## 10. REPOSSESSION DECLARATION

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

## 11. NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) _____

## 12. APPLICATION ATTESTMENT AND SIGNATURES

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER): [signature]    Date: 04/02/2022
SIGNATURE OF APPLICANT (CO-OWNER): [signature]    Date: 04/02/2022

## 13. RELEASE OF SPOUSE OR HEIRS INTEREST

The undersigned person(s) state(s) as follows: That _____ (Name of Deceased) died on _____ (Date).

☐ testate (with a will)    ☐ intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)    Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

**HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC**

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

**MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT**

DEAL# 36418
CUST# 25653
STK # PF10937

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: _____ State of Issue: _____
[ ] Manufacturer's Statement or Certificate of Origin
Is the title electronic? [ ] Yes [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 1FMCU9CZ6MUA51870 | 2021 | FORD | ESCAHE | MP |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| GRIECO CHEVROLET OF FORT LAUDERDALE | | VF1116377/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1300 N. FEDERAL HWY | FORT LAUDERDALE | FL | 33304 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 35575.00 | N/A | 39-8012244888 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| MAGIC CITY ENTERTAINMENT LLC | CARLOS NOEL MENDEZ | 04/02/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 7810 SW 8 CT | N LAUDERDALE | FL | 33068 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| 7810 SW 8 CT | N LAUDERDALE | FL | 33068 |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS, [ ][ ][2],[1][5][2] XX (NO TENTHS) MILES, DATE READ 04 / 02 / 22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| GRIECO CHEVROLET OF FORT LAUDERDALE | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| MAGIC CITY ENTERTAINMENT LLC | CARLOS NOEL MENDEZ |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S          42989*1*GCF-FI

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT