UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-61308-WPD

CARLOS NOEL MENDEZ and
MAGIC CITY ENTERTAINMENT, LLC,

    Plaintiffs

vs.

GREICO CHEVROLET FORT LAUDERDALE,
LLC d/b/a GRIECO CHEVROLET OF FORT
LAUDERDALE,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION; STAYING ACTION

    THIS CAUSE is before the Court upon Defendant Greico Chevrolet's Motion to Compel Binding Arbitration, filed August 24, 2023 [DE 13] and the September 18, 2023 Report and Recommendation of Magistrate Judge Panayotta Augustin-Birch (the "Report") [DE 17].  The Court notes that no objections to the Report [DE 17] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 17] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 17] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 17] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Greico Chevrolet's Motion to Compel Binding Arbitration [DE 13] is hereby **GRANTED IN PART AND DENIED AS PART** as follows:

    a. The parties are hereby **COMPELLED** to arbitrate the claims Plaintiffs pled in the Complaint.

    b. Defendant's request for the case to be dismissed with prejudice is **DENIED**.

    c. This action is hereby **STAYED** pending arbitration.

    d. Defendant's request for an enlargement of time to file a Motion to Dismiss if the parties are not compelled to arbitrate is **DENIED AS MOOT**.

    e. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record